TALIA L. DELANOY (239973)
SANDRA ISOM (157374)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email:  tdelanoy@grsm.com

Attorneys for Defendant
FEDEX FREIGHT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RICE and DEMETRIUS D. JACOBS,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | **Case No.: 2:18-cv-02521-MCE-KJN**<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

The parties request to modify the Initial Pretrial Scheduling Order set by the Honorable Morrison C. England, Jr. to reflect the parties' ongoing efforts to complete discovery and participate in private mediation. The parties have agreed to the following schedule and request entry of same by the court:

| | | |
|---|---|---|
| Discovery cutoff: | | November 15, 2019 |
| Initial expert disclosures: | | January 15, 2020 |
| Rebuttal expert disclosures: | | February 14, 2020 |
| Last day to file Dispositive Motion: | | August 12, 2020 |

DATED: August 28, 2019     LAW OFFICE OF JAMES ASHWORTH

By:    */s/ James Ashworth*
      JAMES ASHWORTH
      Attorneys for Plaintiffs
      RICHARD RICE and DEMETRIUS
      JACOBS

DATED: August 15, 2019     GORDON REES SCULLY MANSUKHANI, LLP

By:    */s/ Talia L. Delanoy*
      TALIA L. DELANOY
      Attorneys for Defendant
      FEDEX FREIGHT, INC.

IT IS SO ORDERED.

Dated: September 10, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE