**THE ASHWORTH LAW OFFICE**
**JAMES C. ASHWORTH, SBN 151272**
770 L Street, Ste. 950
Sacramento, California 95814
Telephone: (530) 574-1130
E-mail: jim@TheAshworthLawOffice.com

Attorney for Plaintiffs


**GORDON REES SCULLY MANSUKHANI**
**TALIA L. DELANOY, SBN 239937**
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone: (916) 830-6547
E-mail: tdelanoy@grsm.com

Attorneys for Defendant FEDEX FREIGHT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RICE and DEMETRIUS D. JACOBS<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02521-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice. It is further stipulated that each party will bear their own costs, including attorney's fees.

Dated:  February 11, 2020                    GORDON REES SCULLY MANSUKHANI


By:_____/s/ Talia L. Delanoy_____
    TALIA L. DELANOY
    Attorneys for Defendant FEDEX
    FREIGHT, INC.


Dated:  February 11, 2020                    THE ASHWORTH LAW OFFICE


_____/s/ James C. Ashworth_____
JAMES C. ASHWORTH
Attorney for Plaintiffs RICHARD RICE
and DEMETRIUS JACOBS

## **ORDER**

Pursuant to the stipulation of the parties, this action is hereby DISMISSED with prejudice, each party to bear its own costs and fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE